In WORTH v. RALEIGH & GASTON RAILROAD COMPANY:

SMITH, C. J. This appeal must be disposed of in the same
manner and for the same reasons assigned and discussed in the
appeal of the *Wilmington & Weldon Railroad Company.* The
provisions for exemption in the charters of each are essentially
similar, and were both reviewed and passed on in the supreme
court in *Raleigh & Gaston Railroad Company* v. *Reid,* 13
Wall., 269.

There is error, and the judgment must be reversed and judg-
ment here entered for the defendant.

Error.                                                        Reversed.